IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-8-2D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER ALLOWING** |
| | ) | **CONTINUANCE OF ARRAIGNMENT** |
| VS. | ) | |
| | ) | |
| | ) | |
| TREMAINE MARTELL EDMONDSON, | ) | |

UPON Defendant's motion to continue the arraignment, with no objection from the United States Government, the arraignment hearing in this matter is hereby continued to this court's _June 20, 2011_ term of Court in _Raleigh_, North Carolina.

It is further ordered that any delay that results from this continuance is excluded from the speedy trial act computation pursuant to 18 U.S.C.§ 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this the _5_ day of _May_, 2011.

_____
James C. Dever, III
United States District Court Judge