UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tremaine Martell Edmondson**　　　　　　　　　　　　**Docket No. 5:11-CR-8-2D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tremaine Martell Edmondson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 50 Grams of Cocaine Base (Crack) and 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 13, 2011, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 1, 2020, pursuant to 18 U.S.C. § 3582(c)(1)(B), the defendant's term of incarceration was reduced to 124 months.

Tremaine Martell Edmondson was released from custody on April 10, 2020, at which time the term of supervised release commenced.

On November 3, 2020, a violation report was submitted due to the defendant submitting a positive test for marijuana and methamphetamine. He was allowed to continue on supervision, engage in substance abuse treatment, and enrolled in the surprise urinalysis program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 8, 2020, the defendant submitted a drug test which returned positive for marijuana on December 14, 2020. It is recommended the defendant be ordered to complete 20 hours of community service as a sanction for his non-compliance. The defendant will also continue to engage in substance abuse treatment and the surprise urinalysis program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Tremaine Martell Edmondson
Docket No. 5:11-CR-8-2D
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: December 17, 2020

## ORDER OF THE COURT

Considered and ordered this __21__ day of __December__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge