# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tremaine Martell Edmondson**       **Docket No. 5:11-CR-8-2D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tremaine Martell Edmondson, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possession With Intent to Distribute 50 Grams of Cocaine Base (Crack) and 5 Kilograms of Cocaine, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 13, 2011, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 1, 2020, the defendant's term of imprisonment was reduced to 124 months, pursuant to 18 U.S.C. § 3582(c)(1)(B).

On February 18, 2021, the defendant appeared before Your Honor on a Motion for Revocation based on illegal drug use. He was sentenced to time served and placed back on supervision for the remainder of his previously imposed term along with the standard and special conditions previously imposed.

Tremaine Martell Edmondson was released from custody on February 18, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 22, 2021, the defendant committed the offense of Simple Assault in Edgecombe County (21CR51479). The defendant also has an unserved warrant for Cyberstalking in Nash County (21CR52282). The defendant admitted to starting a physical altercation resulting in the Simple Assault charge. It is recommended the defendant be ordered to complete a term of location monitoring not to exceed 60 days as a sanction for his non-compliance. It is also recommended the defendant be ordered to participate in a cognitive behavioral program to address high risk thinking patterns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Tremaine Martell Edmondson
Docket No. 5:11-CR-8-2D
Petition For Action
Page 2

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: September 21, 2021

### ORDER OF THE COURT

Considered and ordered this __22__ day of __September__, 2021, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
U.S. District Judge